**STIPULATION OF DISMISSAL WITH PREJUDICE**
UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

John Porter, Plaintiff,
v.
Alaska Airlines, Inc., Defendant.

Case No. 2:25-cv-02104-APG-MDC

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff John Porter and Defendant Alaska Airlines, Inc., by and through their undersigned signatories, hereby stipulate that this action is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and attorneys' fees.

Dated: December 17, 2025

John Porter
Plaintiff, Pro Se

Steven E. Kish III (NV Bar 15257)
Talitha Gray Kozlowski (NV Bar 9040)
Garman Turner Gordon LLP

and

Emma J. Kazaryan (admitted pro hac vice)
Hoorya Ahmad (admitted pro hac vice)
Seyfarth Shaw LLP
Counsel for Alaska Airlines, Inc.

**CERTIFICATE OF SERVICE**

I certify that on December 17, 2025, I served a copy of the foregoing Stipulation of Dismissal with Prejudice on Defendant's counsel via email.

John Porter

IT IS SO ORDERED:

Dated: December 28, 2025

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE